MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE LOIS BLOOM                                  DATE:    10/9/2024

DOCKET NUMBER    2 4 c r 0 0 409 (NCM)                        LOG #:  3:33- 4:10

DEFENDANT'S NAME:    Zakia Khan
    _X_ Present    ___ Not Present    _X_ Custody    ___ Bail

DEFENSE COUNSEL:    Richard Harrow
    ___ Federal Defender    ___ CJA    ___ appointed by the Court    _X_ Retained

A.U.S.A : Patrick Campbell                                    CLERK:    SM Yuen

Probation :                                                   (Language)    Urdu

_X_  Defendant arraigned on the: _X_ indictment ___ superseding indictment ___ probation violation
_X_  Defendant pleads NOT GUILTY to ALL counts.
_X_  Rule 5f Order read into the record.
_X_  Bail application Hearing held.    _X_    Defendant's first appearance.
     _X_  Bond set at  $1,000,000    Defendant _X_ released ___ held pending
          satisfaction of bond conditions.
     _X_  Defendant advised of bond conditions set by the Court and signed the bond.
     _$_  Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
     _1_  (Additional) surety/ies to co-sign bond by  10/16/24
     ___  After hearing, Court orders detention in custody.    ___ Leave to reopen granted
___  Temporary Order of Detention Issued.  Bail Hearing set for _____

___  At this time, defense counsel states on the record that the defendant does not have a bail
     application / package. Order of detention entered with leave to reapply to a Magistrate
     or to the District Court Judge to whom the case will be assigned.

_X_  Order of Excludable Delay/Speedy Trial entered.  Start  10/9/24    Stop  10/31/24

___  Medical memo issued.

___  Defendant failed to appear; bench warrant issued.

_X_  Status conference set for  10/31/24    @  2:30 PM    before Judge  Merle

Other Rulings :